Malcolm Segal (SBN 075481)
James P. Mayo (SBN 169897)
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814-4407
Telephone:  (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIRIT PATEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:12-CR-0306-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TEMPORARILY MODIFYING TERMS OF PRETRIAL RELEASE RE TRAVEL RESTRICTIONS** |
| KIRIT PATEL, | |
| Defendant. | |

The defendant, KIRIT PATEL, through his counsel of record, and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Morris, along with the Pre-Trial Services, agree and stipulate that the condition of pre-trial release restricting the defendant's travel to the state of California shall be temporarily modified as follows:   The defendant is permitted to travel outside of California, to and from Austin, Texas, during the time period of October 3, 2012 through October 17, 2012, for the purpose of visiting with his son and grandchildren who reside there.

///

///

Dated: September 24, 2012				Respectfully submitted,

**SEGAL & KIRBY LLP**

						By:	/s/ James P. Mayo
							JAMES P. MAYO
							Attorneys for Defendant
							KIRIT PATEL


Dated: September 24, 2012				BENJAMIN B. WAGNER
							United States Attorney


						By:	/s/ Matthew Morris
							MATTHEW MORRIS
							Assistant United States Attorney


**IT IS SO ORDERED.**


Dated:   September 25, 2012


				/s/ Gregory G. Hollows
			UNITED STATES MAGISTRATE JUDGE