```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-cr-306-JAM |
|---|---|---|
| Plaintiff, | ) | Related Case: 2:12-cv-855-JAM |
| v. | ) | STIPULATION AND ORDER TO SET STATUS CONFERENCE IN THE CRIMINAL CASE AND EXCLUDE TIME FOR THE PURPOSES OF THE SPEEDY TRIAL ACT |
| KIRIT PATEL, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 17, 2012, before Judge Shubb and time was excluded for the purposes of the Speedy Trial Act.

2. On September 5, 2012, the case was reassigned pursuant to a related case order, and the status hearing date before Judge Shubb was vacated.

3. By this stipulation, the parties now move to schedule the

1

1 case for a status conference before the Court on October 2, 2012, and
2 to exclude time between September 17, 2012 and October 2, 2012 under
3 Local Code T4.
4     3.   The parties agree and stipulate, and request that the Court
5 find the following:
6     a.   The parties are in discussions about the scope of discovery,
7 the extent to which other government agencies constitute "the
8 government" for the purposes of discovery, and the most efficient
9 format for discovery to take (particularly electronically stored
10 information.)
11    b.   Counsel for defendant believes that failure to grant the
12 above-requested continuance would deny him the reasonable time
13 necessary for effective preparation, taking into account the exercise
14 of due diligence.  The defendant is aware of and consents to the
15 continuance.
16    c.   The government does not object to the continuance.
17    d.   Based on the above-stated findings, the ends of justice
18 served by continuing the case as requested outweigh the interest of
19 the public and the defendant in a trial within the original date
20 prescribed by the Speedy Trial Act.
21    e.   For the purpose of computing time under the Speedy Trial
22 Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the
23 time period of September 17, 2012, and October 2, 2012 inclusive, is
24 deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local
25 Code T4, because it results from a continuance granted by the Court at
26 defendant's request on the basis of the Court's finding that the ends
27 of justice served by taking such action outweigh the best interest of
28 the public and the defendant in a speedy trial.

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:     September 27, 2012.

             /s/ Matthew G. Morris
             MATTHEW G. MORRIS
             Assistant United States Attorney

DATED:     September 27, 2012.

             /s/ Malcom S. Segal
             MALCOLM S. SEGAL
             Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 28th day of September, 2012.

             /s/ John A. Mendez
             UNITED STATES DISTRICT COURT JUDGE