1  Malcolm Segal (SBN 075481)
   James P. Mayo (SBN 169897)
2  **SEGAL & KIRBY LLP**
   400 Capitol Mall, Suite 1600
3  Sacramento, CA  95814-4407
   Telephone:  (916) 441-0828
4  Facsimile: (916) 441-0886
   msegal@segalandkirby.com
5  jmayo@segalandkirby.com

6  Attorneys for Defendant
   KIRIT PATEL

7

8

9          IN THE UNITED STATES DISTRICT COURT FOR THE

10               EASTERN DISTRICT OF CALIFORNIA

11
                                    CASE NO: 2:12-CR-0306-JAM
12 UNITED STATES OF AMERICA,

13              Plaintiff,       **STIPULATION AND ORDER
                                 MODIFYING TERMS OF PRETRIAL
14      v.                       RELEASE RE TRAVEL
                                 RESTRICTIONS**
15 KIRIT PATEL,                  _____

16              Defendant.
   _____/
17

18                     **Background**

19      The Defendant, KIRIT PATEL, was released on August 24, 2012, on a

20 $300,000 appearance bond, of which $200,000 is secured by real property and

21 the remainder unsecured.  The conditions of release (Dkt. No. 7) restrict the

22 defendant's travel to the State of California. By stipulation and order entered on

23 September 25, 2012 (Dkt. No. 18), the defendant, with the approval of his Pretrial

24 Services officer, was permitted to travel to and from the State of Texas for two

25 weeks for the purpose of visiting his son and grandchildren who reside there.

26      The defendant and his wife have a substantial number of family members

27 who are long term residents in the State of Tennessee, as well as a son and

28 grandchildren in Texas. Because of his age and the time and expense of travel to

1  those states, the defendant would appreciate the ability to visit his family for

2  periods in excess of the present two week restriction.

3       The defendant's Pretrial Service officer is not opposed to travel to the

4  states of Texas and Tennessee for these stated purposes, but is unable to

5  authorize travel of more than two weeks absent an order of this Court.

6       The government does not oppose the instant application to modify the

7  conditions of the defendant's release to permit the defendant to travel to these

8  two states with the approval of his Pretrial Services officer.

9       The defendant has filed a Waiver of Appearance, approved by District

10  Court Judge John A. Mendez,  but will nonetheless make himself readily available

11  for any and all appearances in this case as may be required and will also stay in

12  contact with his attorneys throughout the duration of his out-of-state travel.

13  **Stipulation**

14       Accordingly, the Defendant, KIRIT PATEL, through his counsel of record,

15  and Plaintiff United States of America, through its counsel, Assistant United

16  States Attorney Matthew Morris, agree and stipulate that the condition of pre-trial

17  release restricting the defendant's travel to the State of California shall be

18  modified as follows:   The defendant shall be permitted to travel to and from

19  the states of Texas and Tennessee for the purpose of visiting family who reside

20  there.  Prior to any travel to these states however, the defendant shall notify and

21  obtain permission from his Pretrial Services officer for the proposed travel,

22  provide him with a travel itinerary, the address where the defendant will be

23  staying and a valid local telephone number where he can be contacted.

24  Dated: November 19, 2012     Respectfully submitted,

25  **SEGAL & KIRBY LLP**

26

27  By:  /s/ James P. Mayo
     JAMES P. MAYO
     Attorneys for Defendant

28       KIRIT PATEL

1  Dated: November 19, 2012              BENJAMIN B. WAGNER
                                         United States Attorney
2

3
                                   By:   /s/ Matthew Morris
4                                        MATTHEW MORRIS
                                         Assistant United States Attorney
5

6                                **ORDER**

7         GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties,

8  the condition of pre-trial release restricting the defendant's travel to the State of

9  California is modified as follows:   The defendant shall be permitted to travel to

10 and from the states of Texas and Tennessee for the purpose of visiting family

11 who reside there.  The defendant shall notify and obtain permission from his

12 Pretrial Services officer for the proposed travel, provide him with a travel itinerary,

13 the address where the defendant will be staying and a valid local telephone

14 number where he can be contacted.

15        The defendant must also stay in contact with his attorneys throughout the

16 duration of his out-of-state travel, and notwithstanding his waiver of appearance

17 on file, shall personally appear in this case as may be ordered by the Court.

18        **IT IS SO ORDERED.**

19 November 20, 2012

20                         /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Modifying Terms of Pretrial Release