BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIRIT PATEL, <br><br> Defendant. | CASE NO. 2:12-cr-306-JAM <br><br> Related Case: 2:12-cv-855-JAM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FOR THE PURPOSES OF THE SPEEDY TRIAL ACT |

    Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

    1.   By previous order, this matter was set for status on December 4, 2012.

    2.   By this stipulation, the parties now move to continue the status conference to March 5, 2013 at 9:45 a.m., and to exclude time between December 4, 2012 and March 5, 2013, under Local Code T4.

    3.   The parties agree and stipulate, and request that the Court find the following:

1

1     a.   The government has provided a significant amount of
2 discovery, and has received additional documents from the Federal
3 Trade Commission which it will also be transmitting to the defense for
4 the purposes of defense preparation.

5     b.   Counsel for defendant believes that failure to grant the
6 above-requested continuance would deny him the reasonable time
7 necessary for effective preparation, taking into account the exercise
8 of due diligence.

9     c.   The government does not object to the continuance.

10     d.   Based on the above-stated findings, the ends of justice
11 served by continuing the case as requested outweigh the interest of
12 the public and the defendant in a trial within the original date
13 prescribed by the Speedy Trial Act.

14     e.   For the purpose of computing time under the Speedy Trial
15 Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the
16 time period of December 4, 2012, and March 5, 2013, inclusive, is
17 deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local
18 Code T4, because it results from a continuance granted by the Court at
19 defendant's request on the basis of the Court's finding that the ends
20 of justice served by taking such action outweigh the best interest of
21 the public and the defendant in a speedy trial.

22     4.   Nothing in this stipulation and order shall preclude a
23 finding that other provisions of the Speedy Trial Act dictate that
24 additional time periods are excludable from the period
25 within which a trial must commence.

26 \\\
27 \\\
28 \\\

IT IS SO STIPULATED.

DATED:    December 3, 2012.

/s/ Matthew G. Morris
MATTHEW G. MORRIS
Assistant United States Attorney

DATED:    December 3, 2012.

/s/ Malcom S. Segal (Auth 12/3/12 by J. Mayo)
MALCOLM S. SEGAL
Counsel for Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 4th day of December, 2012.

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE