```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>KIRIT PATEL,<br><br>       Defendant. | Case No. 2:12-cr-00306-JAM<br><br>STIPULATION AND PROTECTIVE ORDER |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney MATTHEW MORRIS, and defendant KIRIT PATEL by and through his attorney MALCOLM SEGAL, hereby stipulate as follows:

    1.  Portions of the discovery in this case are expected to contain personal information including, but not limited to, names of consumers, residential addresses, social security numbers, telephone numbers, email addresses, credit or debit card numbers, drivers' license numbers, bank account numbers, and names of family members or employers (hereinafter "Protected Information").

    2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to

the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. **Defense Counsel, defense counsel(s) staff, investigator(s), and expert(s)**: Discovery containing Protected Information may be shared, copied and viewed by members of the defense team listed above only as necessary for the preparation of the defense in this case. This includes the defendant's criminal counsel as well as his civil defense counsel, and any staff, investigator, or expert hired by either counsel. Discovery containing Protected Information shall not be disseminated to any other person except by further order of the Court. The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert.

6. **Defendant**: The defendant may review items containing unredacted Protected Information in the presence of defense counsel (criminal or civil), defense counsel(s) staff, investigator(s), or expert(s). Those persons who have access to unredacted Protected Information shall not give a copy of the unredacted Protected Information to the defendant without further order of the Court.

7. **Others**: Neither the defendant, defense counsel, or defense counsel's staff, investigator(s), and expert(s) shall give documents that contain Protected Information (or copies of such documents) to

2

any person, or otherwise transmit Protected Information to any person without providing a copy.  Copies of documents in which all Protected Information has been redacted may be given to other parties without further order of the Court.

    8. **Court Filings**: Parties will redact Protected Information from any Court filings and refrain from otherwise placing Protected Information in the public record.  If necessary to file Protected Information in Court filings, parties will either redact Protected Information from public filings or seek leave of the Court to file materials containing that information under seal, if redaction would frustrate the purposes of making the filing.

    9. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

    **IT IS SO STIPULATED.**

DATED: February 27, 2013        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
United States Attorney

                              By:   */s/ Matthew Morris*

                                        MATTHEW MORRIS
Assistant U.S. Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: February 27, 2013        */s/ Malcolm Segal (auth 2/27/13)*

                                        MALCOLM SEGAL
Attorney for KIRIT PATEL

////

////

////

**IT IS SO ORDERED.**

Dated: February 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE