Malcolm Segal (SBN 075481)
James P. Mayo (SBN 169897)
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814-4407
Telephone:  (916) 441-0828
Facsimile: (916) 441-0886
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
KIRIT PATEL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CASE NO: 2:12-CR-0306-JAM

              Plaintiff,

    v.                                                           **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FOR THE PURPOSES OF THE SPEEDY TRIAL ACT**

KIRIT PATEL,

              Defendant.                    _____

_____/

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous stipulation and order (Dkt. No. 26), this matter was set for status on March 5, 2013.

2.      By this stipulation, the parties now move to continue the status conference to May 7, 2013 at 9:45 a.m., and to exclude time between March 5, 2013, and May 7, 2013, under Local Code T4.

The parties further agree and stipulate, and request that the Court find the following:

a.      The government has provided a substantial amount of discovery, and has received additional documents from the Federal Trade Commission

1   which it will also be transmitting to the defense for the purposes of defense

2   preparation pursuant to a protective order entered by the Court on February 27,

3   2013 (Dkt. No. 28).

4         b.     Based on the volume of discovery, including that which has been

5   promised but is yet to be received by the defendant, Counsel for defendant

6   believes that failure to grant the above-requested continuance would deny him

7   the reasonable time necessary for effective preparation, taking into account the

8   exercise of due diligence.

9         c.     The government does not object to the continuance.

10        d.     Based on the above-stated findings, the ends of justice served by

11  continuing the case as requested outweigh the interest of the public and the

12  defendant in a trial within the original date prescribed by the Speedy Trial Act.

13        e.     For the purpose of computing time under the Speedy Trial

14  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the

15  time period of March 5, 2013, and May 7, 2013, inclusive, is deemed excludable

16  pursuant to 18 U.S.C. §§ 3161(h)(7)(A), B(iv), Local Code T4, because it results

17  from a continuance granted by the Court at defendant's request on the basis of

18  the Court's finding that the ends of justice served by taking such action outweigh

19  the best interest of the public and the defendant in a speedy trial.

20        4.     Nothing in this stipulation and order shall preclude a finding that

21  other provisions of the Speedy Trial Act dictate that additional time periods are

22  excludable from the period within which a trial must commence.

23

24

25

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1    IT IS SO STIPULATED.

2

3    Dated: March 1, 2013          **SEGAL & KIRBY LLP**

4

5                          By:    /s/ Malcolm S. Segal
                                  MALCOLM S. SEGAL
6                                 Attorneys for Defendant
                                  KIRIT PATEL
7

8    Dated: March 1, 2013

9
                          By:    /s/ Matthew G. Morris (by permission)
10                                MATTHEW G. MORRIS
                                  Assistant United States Attorney
11

12

13                          **O R D E R**

14       **IT IS HEREBY ORDERED** that the Status Conference scheduled for March

15   5, 2013, is continued to May 7, 2013 9:45 a.m.

16       It is further **ORDERED** that the time under the Speedy Trial Act between

17   March 5, 2013 and May 7, 2013, is excluded under Local CodeT4, and 18

18   U.S.C.§§ 3161(h)(7)(A), B(iv), to ensure adequate time for preparation of

19   counsel.  For the reasons set forth above, the court finds that the ends of justice

20   served by a continuance outweigh the best interests of the public and the

21   defendant in a speedy trial and therefore excludes time through May 7, 2013.

22

23   Dated: March 1, 2013

24                                 /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
25                                 United States District Court Judge

26

27

28

---

3