1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6

7  Attorneys for Plaintiff
   United States of America
8

9               IN THE UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,            CASE NO. 2:12-CR-306-JAM

13              Plaintiff,                STIPULATION AND ORDER SETTING STATUS
                                          CONFERENCE DATE AND EXCLUDING TIME
14       v.                               UNDER THE SPEEDY TRIAL ACT

15  KIRIT PATEL

16              Defendant.

17

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through his counsel of record, hereby stipulate as follows:

20       1. By this stipulation, the parties now move to set a status conference on December 17, 2013, and to

21  exclude time between November 22, 2013, and December 17, 2013, under the Speedy Trial Act.

22       2. The parties agree and stipulate, and request that the Court find the following:

23       a. The government has provided a significant amount of discovery from the investigation and from

24  the parallel FTC investigation.

25       b. The parties are reviewing the discovery for the purpose of determining an appropriate trial

26  schedule. Counsel for defendant believes that failure to grant the above requested continuance would deny

27  him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

28       c. The government does not object to the continuance.

STIPULATION AND PROPOSED ORDER            1

    d. Based on the above stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 22, 2013, to December 17, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: November 22, 2013  
    BENJAMIN B. WAGNER  
    United States Attorney

    /s/ Matthew G. Morris  
    MATTHEW G. MORRIS  
    Assistant United States Attorney

Dated: November 22, 2013  
    /s/ Malcolm Segal (auth. by phone 11/22/13)  
    MALCOLM SEGAL  
    Attorney for Kirit Patel

**O R D E R**

IT IS SO FOUND AND ORDERED this 22ND day of November, 2013.

    /s/ John A. Mendez  
    HON. JOHN A. MENDEZ  
    UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER     2