BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KIRIT PATEL<br><br>　　　　　　　　Defendant. | CASE NO. 2:12-CR-306-JAM<br><br>STIPULATION AND ORDER CONTINUING THE TRIAL CONFIRMATION HEARING |

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

　　　　1.　　The trial confirmation hearing in this case is set for June 3, 2014, with trial set to begin July 14, 2014.

　　　　2.　　By this stipulation, the parties now move to continue the trial confirmation hearing to June 24, 2014.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a. The defense has provided information to the government that will have a bearing on the potential resolution of the case without trial. The United States is considering that information and will require time to respond fully.

STIPULATION AND PROPOSED ORDER　　　　1

      b. Time is already excluded under the Speedy Trial Act through the trial date of July 14, 2014, pursuant to the Court's order of December 17, 2013.

    4.    The parties agree that continuing the trial confirmation hearing to June 24, 2014, will not affect the parties' ability to begin trial on July 14, 2014, if a resolution cannot be reached before that date.

Dated: June 2, 2014                          BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Matthew G. Morris
                                            MATTHEW G. MORRIS
                                            Assistant United States Attorney

Dated: June 2, 2014                          /s/ Malcolm Segal
                                            MALCOLM SEGAL
                                            Attorney for Kirit Patel

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd day of June, 2014.

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE