Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
KIRIT PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KIRIT PATEL,<br><br>            Defendant. | Case No:  2:12-CR-0306-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING TERMS OF PRETRIAL RELEASE TO REMOVE DEFENDANT FROM PRETRIAL SERVICES SUPERVISION** |

## BACKGROUND

This matter was initiated by the filing of an Indictment on August 23, 2012, charging the defendant, Kirit Patel, with mail and wire fraud under 18 U.S.C. Sections 1341 and 1343, as well as related forfeiture allegations.  The defendant made an initial appearance on August 24, 2012, at which time not guilty pleas were entered.  On that day, the defendant's passport was surrendered and the Court released him on a $300,000 bond, with $200,000 secured by real property belonging to Mr. and Mrs. G.H. Patel, and subject to standard conditions of

1

1   release.  The appearance bond was filed on September 21, 2012 and collateral
2   was received on October 15, 2012.
3       On two occasions in 2012, the parties stipulated to, and the Court ordered,
4   modifications to the conditions of pretrial release relating to travel restrictions.  On
5   September 25, 2012, pursuant to the parties' stipulation, the Court ordered that
6   Mr. Patel be permitted to travel outside of California between October 3, 2012 and
7   October 17, 2012, for the purpose of visiting his son and grandchildren residing in
8   Austin, Texas.  Then on November 20, 2012, again pursuant to a stipulation
9   between the parties, the Court ordered the conditions of release to be modified to
10  allow Mr. Patel to travel from California to the states of Texas and Tennessee for
11  the purpose of visiting family members residing there.  Pursuant to that Order,
12  such travel is permitted so long as Mr. Patel notifies and obtains permission from
13  the Pretrial Services office, including providing a travel itinerary and contact
14  information for where he intends to stay, and agreeing to stay in contact with his
15  attorneys during the duration of any out-of-state travel.
16      It is now close to two years since the initial filing of the Indictment and the
17  placement of Mr. Patel under the supervision of the Pretrial Services office.
18  During that time, there have been no problems with respect to Mr. Patel
19  complying with the Court's previous orders or with instructions or requests from
20  Pretrial Services.  At this time, Mr. Patel's pretrial supervision is maintained by
21  U.S. Pretrial Services Officer Darryl Walker.  In recent written communications
22  with the parties, Officer Walker has indicated that he has no objection to the
23  Court's removal of Mr. Patel from pretrial supervision.  This is due to the fact that
24  Mr. Patel has successfully been on supervised release since August, 2012; he
25  initially self-surrendered to the Court; he surrendered his passport; and he has no
26  prior criminal record or any prior failures to appear.  In addition, there have been
27  no violations of any of the conditions of release during the period of supervision
28

and Mr. Patel remains subject to the appearance bond, including secured bond in the amount of $200,000.

## **STIPULATION**

In light of the circumstances set forth herein above, the defendant, KIRIT PATEL, through his counsel of record, Malcolm S. Segal and plaintiff United States of America, through its counsel, Assistant United States Attorney Matthew Morris, agree and stipulate that the conditions of Mr. Patel's pretrial release be modified to remove him from pretrial supervision by the Eastern District Pretrial Services office.  All other conditions of release shall remain in effect.

IT IS SO STIPULATED.

Dated: June 9, 2014              **SEGAL & ASSOCIATES, PC**


                                 By:  /s/ Malcolm Segal_____
                                      MALCOLM SEGAL
                                      Attorneys for Defendant
                                      KIRIT PATEL


Dated: June 9, 2014              By:  /s/ Matthew G. Morris (by permission)_
                                      MATTHEW G. MORRIS
                                      Assistant United States Attorney

Stip & [Proposed] Order Modifying Terms of Pretrial Release to Remove Defendant from Pretrial Services Supervision

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and pursuant to the stipulation of the parties, the defendant's conditions of pretrial release are hereby modified so as to remove Mr. Patel from pretrial supervision currently conducted through the Eastern District's Pretrial Services Office. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

Dated: June 10, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE