1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,                    No.  2:12-cr-0306-JAM

12                    Plaintiff,

13          v.                                       ORDER

14    KIRIT PATEL,

15                    Defendant.

16

17          Defendant Kirit Patel's motion to compel discovery (ECF No. 47) came on for hearing

18    before the court on August 25, 2014.  After considering the parties' written briefing and oral

19    argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED

20    that:

21          1.  The matter is set for a further hearing on September 2, 2014, at 2:00 p.m., in

22              Courtroom No. 25 before the undersigned.

23          2.  The United States Attorney's Office shall make further inquiries with the assigned

24              case agent and the Federal Trade Commission ("FTC") regarding the conspiracy in

25              which Kirit Patel was allegedly involved with Tejas Patel; whether that alleged

26              conspiracy also involved other individuals, such as Varang Thaker and Gopal Patel;

27              and whether documents regarding such individuals' potential involvement with the

28              alleged conspiracy exist which ought to be produced pursuant to Federal Rule of

                                                1

Criminal Procedure 16 and/or Brady v. Maryland, 373 U.S. 83 (1963).

3.   The United States Attorney's Office shall, to the extent possible, obtain and provide defendant's counsel with appropriate declarations from the assigned case agent and the FTC regarding the existence or non-existence of the documents referenced above.

IT IS SO ORDERED.

Dated:  August 26, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2