UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KIRIT PATEL,<br><br>    Defendant. | No. 2:12-cr-306-JAM<br><br><br>ORDER |

After further discussions with the parties at the continued September 2, 2014 hearing on defendant Kirit Patel's motion to compel discovery (ECF No. 47), and for the reasons stated on the record, IT IS HEREBY ORDERED that:

1. The motion to compel (ECF No. 47) is granted in part and denied in part.
2. The United States shall produce any documents in the possession, custody, and control of the Federal Trade Commission ("FTC") or the Secret Service regarding the conspiracy in which defendant Kirit Patel was allegedly involved with Tejas Patel, including any documents regarding the potential involvement of Varang Thaker and Gopal Patel in that alleged conspiracy, pursuant to the United States' obligations under Federal Rule of Criminal Procedure 16 and/or Brady v. Maryland, 373 U.S. 83 (1963).
3. The United States shall obtain and provide defendant's counsel with appropriate declarations from the assigned case agent and the FTC regarding the existence or non-

1 | existence of the documents referenced above, to the extent it has not already done so.

2 | IT IS SO ORDERED.

3 | Dated: September 2, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE