IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KIRIT PATEL,<br><br>        Defendant. | CASE NO. 2:12-CR-306<br><br>ORDER REGARDING RESTITUTION |

On September 8, 2015, the Court entered judgment in this case. ECF 79. At the request of the government, the Court deferred final determination of restitution. The parties briefed their respective positions and the Court conducted a hearing on October 27, 2015. By separate order dated October 29, 2015, the Court explained its reasoning for awarding or not awarding restitution to each of the known victims who had submitted requests. ECF 85. The reasoning and findings of that order are incorporated into this Restitution Order by reference.

Accordingly, it is hereby ORDERED that:

1. The "Judgment in a Criminal Case" (AO-245B) at ECF 79, will be amended.
2. An "Amended Judgment in a Criminal Case" (AO-245C) will be entered on the docket.
3. The Amended Judgment will reflect at "Sheet 1" that the reason for the amendment is "Modification of Restitution Order (18 U.S.C. § 3664)."
4. The Amended Judgment will reflect, at "Sheet 5" that "The defendant shall make restitution (including community restitution) to the following payees in the amount listed below."
5. The Amended Judgment will include under "Name of Payee": "See Attached Schedule"
6. The Amended Judgment will include under "Total" for the column "Restitution owed" the amount of $106,443.45.
7. The Schedule attached to this order as Exhibit A, and which contains only the first and last initial of the victims, will be attached to the Amended Judgment.
8. The government is ordered to send an electronic version of Exhibit A, containing the full first

and last names of the respective victims and any last known mailing address, to the United States Probation Office and the Clerk of the Court for entry into the Court's records, so that payments of restitution can be sent to the proper recipients upon receipt from the defendant.

9. Upon motion of either party, the amounts due to any victim listed in Exhibit A will be credited, as permitted under 18 U.S.C. § 3664(j)(2)(A), to reflect any restitution that the same victim receives in the future on account of the settlement of civil case 2:12-cv-855-JAM.

Dated:  November 9, 2015

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

| Victim | City and State | Restitution |
|---|---|---:|
| D.A. | Branchland, WV | $ 785.00 |
| J.B. | Buffalo, NY | $ 200.00 |
| K.B. | East Orange, NJ | $ 2,274.00 |
| R.B. | Columbus, OH | $ 355.00 |
| A.B. | Greenwood, SC | $ 200.00 |
| J.B. | Canonsburg, PA | $ 110.00 |
| J.B. | Wapakoneta, OH | $ 3,095.95 |
| B.B. | Trenton, NJ | $ 1,015.67 |
| T.B. | Dallas, GA | $ 277.00 |
| N.B. | New York, NY | $ 210.00 |
| L.C. | Jackson, TN | $ 300.00 |
| M.C. | Lubbock, TX | $ 150.00 |
| A.C. | Grants, NM | $ 380.00 |
| K.C. | Conroe, TX | $ 260.00 |
| L.D. | Cranford, NJ | $ 955.58 |
| K.D. | Bristol, MA | $ 914.00 |
| C.D. | Oak Creek, WI | $ 405.00 |
| F.D. | West Bridgewater, MA | $ 300.00 |
| M.D. | Mt. Olive, MS | $ 246.00 |
| L.E. | San Antonio, TX | $ 715.00 |
| J.E. | New Baden, IL | $ 565.00 |
| T.F. | Honolulu, HI | $ 245.00 |
| T.F. | Olney, MD | $ 2,620.00 |
| M.F. | Austin, TX | $ 1,005.00 |
| T.F. | Chester, PA | $ 1,172.00 |
| T.F. | Charlotte, NC | $ 156.00 |
| S.F. | Dallas, TX | $ 225.00 |
| D.G. | Fort White, FL | $ 321.00 |
| P.G. | Schulenberg, TX | $ 100.00 |
| C.G. | Mawnelle, AR | $ 100.00 |
| M.G. | Berkeley, CA | $ 419.00 |
| M.G. | Plainfield, IN | $ 251.00 |
| T.H. | Elizabethtown, TN | $ 435.00 |
| J.H. | Brandywine, MD | $ 1,224.00 |
| T.H. | Bridgeport, CT | $ 510.00 |
| M.H. | Reynoldsville, PA | $ 450.00 |
| F.H. | Ft. Irwin, CA | $ 745.00 |
| M.H. | Lubbock, TX | $ 800.00 |
| H.H. | Sacramento, CA | $ 3,486.00 |
| K.H. | Andalusia, AL | $ 796.00 |
| T.H. | Saugerties, NY | $ 1,682.00 |
| E.I. | Austin, TX | $ 330.00 |
| D.J. | Soddy-Daisy, TN | $ 325.00 |
| S.J. | Pontiac, MI | $ 244.00 |
| J.J. | Laurel, MS | $ 111.00 |
| K.J. | Morrow, GA | $ 380.00 |

| | | | |
|---|---|---|---:|
| B.K. | Jasper, TN | $ | 145.00 |
| E.K. | Mechanicsville, MD | $ | 793.00 |
| B.K. | Franklin, LA | $ | 922.00 |
| B.K. | Gwynn Oak, MD | $ | 200.00 |
| A.K. | Lykens, PA | $ | 960.00 |
| D.L. | McKinney, TX | $ | 211.00 |
| H.L. | Rogers, AR | $ | 589.87 |
| M.L. | Louisville, KY | $ | 420.00 |
| H.L. | Baltimore, MD | $ | 740.00 |
| L.L. | Bladenboro, NC | $ | 3,485.00 |
| S.L. | Mt. Vernon, AL | $ | 600.00 |
| M.L. | Warwick, RI | $ | 100.00 |
| M.L. | Thomasville, NC | $ | 120.00 |
| D.M. | Dumas, TX | $ | 3,191.17 |
| M.M. | Northville, MI | $ | 200.00 |
| D.M. | Forest Park, IL | $ | 1,610.00 |
| G.M. | Allentown, PA | $ | 2,272.00 |
| C.M. | Lemoore, CA | $ | 220.00 |
| B.M. | Lake Charles, LA | $ | 237.00 |
| T.M. | Virginia Beach, VA | $ | 382.70 |
| L.N. | Jennings, LA | $ | 1,104.00 |
| R.O. | Alamo, TX | $ | 2,157.33 |
| K.O. | Quincy, IL | $ | 257.00 |
| R.P. | Newark, NJ | $ | 800.00 |
| L.P. | Henderson, NC | $ | 816.00 |
| M.P. | Oak Grove, KY | $ | 737.20 |
| V.P. | Hayward, CA | $ | 531.00 |
| F.P | Colorado Springs, CO | $ | 38,848.00 |
| M.P. | District Heights, MD | $ | 200.00 |
| C.P. | McKean, PA | $ | 841.00 |
| L.R. | Aurora, CO | $ | 397.00 |
| O.R. | Bellwood, IL | $ | 850.00 |
| L.S. | Bedford, NH | $ | 175.00 |
| M.S. | Waipahu, HI | $ | 756.00 |
| S.S. | Bridgerville, DE | $ | 290.00 |
| D.T. | Pound, WI | $ | 1,716.00 |
| T.T. | Birmingham, AL | $ | 100.00 |
| S.T. | Burbank, IL | $ | 200.00 |
| L.T. | Warner Robbins, GA | $ | 505.00 |
| C.T. | Lisbon, OH | $ | 1,674.00 |
| L.W. | Williamston, NC | $ | 562.98 |
| M.W. | Marcy, NY | $ | 140.00 |
| D.W. | Canton, OH | $ | 190.00 |
| W.W. | Sanford, FL | $ | 102.00 |
| G.W. | Accokeek, MD | $ | 1,905.00 |
| E.W. | Northport, AL | $ | 1,000.00 |
| M.Z. | New York, NY | $ | 345.00 |