Malcolm Segal (SBN 075481)
Emily E. Doringer (SBN 208727)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
edoringer@segal-pc.com

Attorneys for Defendant
KIRIT PATEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>KIRIT PATEL,<br><br>            Defendant. | Case No:  2:12-CR-0306-JAM<br><br>**ORDER EXONERATING SECURED/UNSECURED APPEARANCE BOND AND DIRECTING RECONVEYANCE OF REAL PROPERTY** |

Defendant Kirit Patel, having surrendered to the Bureau of Prisons to serve his sentence as ordered, seeks an order: (1) exonerating the Secured/Unsecured Appearance Bond; (2) directing the return of his passport to his attorneys; and (3) directing the Clerk of the Court to reconvey the property which was posted as collateral for the Appearance Bond.

Accordingly, IT IS HEREBY ORDERED that:

1. The Secured/Unsecured Appearance Bond filed September 21, 2012 (Dkt. 16) is exonerated;

///

1
[PROPOSED] ORDER EXONERATING APPEARANCE BOND

     2. The Clerk of the Court is directed to return defendant Patel's passport surrendered August 24, 2012 (Dkt. 4) to his attorneys of record; and

     3. The Clerk of the Court is directed to reconvey the real property posted as collateral for the Appearance Bond filed October 16, 2012 (Dkt. 22) to the property owners and transmit a quit claim deed to the appropriate County Clerk for Recording.

Dated: December 7, 2015

          /s/ John A. Mendez_____
          THE HONORABLE JOHN A. MENDEZ
          UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER EXONERATING APPEARANCE BOND