**Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>Kirit Patel )<br>)<br>) | **Docket No.:  0972 2:12CR00306-01** |

On September 8, 2015, the above-named was sentenced to Supervised Release for a period of 24 months.  Supervision commenced on September 16, 2016.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  Assistant U.S. Attorney Matthew G. Morris does not oppose early termination on this case.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Tim Mechem

Tim D. Mechem
Supervising United States Probation Officer

Dated:    October 10, 2017
            Fresno, California
            TDM/rmv

              /s/ Brian J. Bedrosian
**REVIEWED BY:**    **Brian J. Bedrosian**
                    **Supervising United States Probation Officer**

1

**Re:**   **Kirit Patel**
  **Docket No:  0972 2:12CR00306-001**
  **Report and Order Terminating**
  <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Kirit Patel be discharged from, and that the proceedings in the case be terminated.

| | |
|---|---|
| 10/16/2017 | /s/ John A. Mendez |
| **Date** | **John A. Mendez**<br>**United States District Court Judge** |

cc:   AUSA (NAME) - Matthew G. Morris
  FLU Unit – United States Attorney's Office
  Fiscal Clerk - Clerk's Office
  Supervisee - Kirit  Patel

2

Rev. 06/2015
EARLY TERMINATION ~ ORDER (PROB35).DOTX